STEVEN BAUER
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Andrew Blaxon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW BLAXON<br>Defendants. | No. CR-S 11-201 GEB<br>  CR-S 08-539 GEB<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date  March 23, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Steven Bauer, Counsel for Defendant Andrew Blaxon that the status conference scheduled for February 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on March 23, 2012, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution. Both parties have asked that a Pre-plea report be prepared by the probation department in order to assist with reaching

an acceptable resolution in both cases.  The Probation department has not had sufficient time to complete the report but expects that the report will be completed by the next court date.  The Defense will need time to review the report once it is complete and engage in further negotiations with the Prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 23, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Feb. 8, 2012      /S/ Dina L. Santos for
                         STEVEN BAUER
                         Attorney for
                         ANDREW BLAXON


Dated: Feb. 8, 2012       /S/ William Wong
                         WILLIAM WONG
                         Assistant United States Attorney
                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**
Dated: February 8, 2012

GARLAND E. BURRELL, JR.
United States District Judge