1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NOs. 2:11-CR-201 GEB |
|---|---|---|
| | ) | 2:08-CR-539 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| ANDREW BLAXON, | ) | DATE: March 23, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| | ) | |

It is hereby stipulated and agreed to between the United States of America, through William S. Wong, Assistant U.S. Attorney, and defendant, Andrew Blaxon, by and through his counsel, Dina Santos, Esq., that the status conference set for Friday, March 23, 2012, be continued to Friday, April 6, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the pre-plea presentence report with the defendant. Defense counsel was recently assigned to this case and has been in a state trial and therefore unable to review the matter with her client.

///

1

The time period, from the date of this order through the date of the status conference to be set for April 6, 2012, is to be excluded from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 22, 2012 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: March 22, 2012

/s/ William S. Wong for
DINA SANTOS, Esq.
Counsel for Defendant
ANDREW BLAXON

**ORDER**

**IT IS SO ORDERED.** The time period is excluded from today's date through and including April 6, 2012, from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(i)(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice to be served by granting a continuance as requested outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge