Dina L. Santos
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Andrew Blaxon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-201 GEB |
| ) | CR-S 08-539 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ANDREW BLAXON ) | |
| Defendants. ) | |
| ) | Date  August 10, 2012 |
| _____ ) | Time:  9:00 a.m. |
| | Judge: Hon. Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina Santos, Counsel for Defendant Andrew Blaxon that the trial confirmation conference scheduled for August 3, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 10, 2012, at 9:00 a.m. for change of plea or trial confirmation.

This continuance is requested by both parties in order to permit counsel to continue in negotiations. Assistant United States Attorney, William Wong is currently in trial and is presently unable to finalize the plea agreement and negotiations that both parties anticipate will

resolve the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 10, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: July 31, 2012 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
ANDREW BLAXON

Dated: July 31, 2012 /S/ William Wong
WILLIAM WONG
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge